UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                                                    Case No. 2:22-mj-460

**Thomas Develin**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 6/29/2022 at 2:15 |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Pete Glenn-Applegate |
| RECORD: | Courtsmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: |  | Pretrial/Probation | Dani Escamilla |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Dft has retained Bob Krepenc, who was unavailable for this hearing. Stacey MacDonald with FPD Office present as stand-in counsel for this proceeding only.
-Detention Hearing set for 7/5/2022 at 3pm before Judge Jolson; Preliminary Hearing set for 7/13/2022 at 2pm before Judge Deavers
-Dft remanded to custody of USMS